# UNITED STATES DISTRICT COURT
## District of Minnesota

Diego Armando Guacho Paguay,

Petitioner,

v.

Kristi Noem, David Easterwood, Todd M. Lyons, Pamela Bondi, Warden,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-855 NEB/DLM

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Clerk of Court is directed to transfer this case to the United States District Court for the Western District of Texas.

Date: 2/6/2026

KATE M. FOGARTY, CLERK